JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>    Plaintiff,<br><br>    v.<br><br>LA CUCINA DA RE LLC d/b/a PASTA SISTERS; PICO ROE PLAZA, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:19-cv-00947-RGK (JPRx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: February 07, 2019<br>Trial Date:      None |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: May 17, 2019

_____
United States District Court Judge